2007 MAY -7 PM 3:49

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | No. MDL DOCKET NO. 1850 |

NOTICE OF APPEARANCE

In compliance with Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiffs listed above.

BERDING & WEIL LLP
DANIEL L. ROTTINGHAUS
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

DATED: May 4, 2007

BERDING & WEIL LLP

DANIEL L. ROTTINGHAUS
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592
Email: dlr@berding-weil.com
jbc@berding-weil.com
srw@berding-weil.com
pnh@berding-weil.com
Counsel for Plaintiffs, DIANE SWARBERG

O:\WDOCS\6005\91\PLD\00435379.DOC

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. This declarant is and was, at all times herein-mentioned, employed in the County of Contra Costa, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 3240 Stone Valley Road West, Alamo, California 94507.

2. That on May 4, 2007, declarant served the NOTICE OF APPEARANCE by depositing a true copy thereof in a United States mailbox at Alamo, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached service list.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 4, 2007 at Alamo, California.

______________________________
Michele Poloka

MENU FOODS

MDL Docket No. 1850

Service List

Counsel for Defendants

| | |
|---|---|
| Lead Attorney Representing Actions in New Jersey<br><br>Gerald H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: 609-924-0808<br>Email: ghb@hillwallack.com | Menu Foods Midwest Corporation<br>Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods South Dakota, Inc.<br>Menu Foods Holdings, Inc. |
| Lead Attorney Representing Actions in Arkansas<br><br>Christy Comstock<br>21 West Mountain Street, Suite 300<br>Fayetteville, AR 72701<br>Telephone: 479-582-3382<br>Email: ccomstock@joneslawfirm.com | Menu Foods<br>Menu Foods Holdings, Inc.<br>Menu Foods Midwest Corporation<br>Menu Foods South Dakota Inc.<br>Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Gen Par Limited<br>Menu Foods Limited Partnership<br>Menu Foods Operating Partnership |
| Lead Attorney Representing Actions in Arkansas<br><br>Marshall S. Ney<br>MITCHELL, WILLIAMS, SELIG, GATES &<br>WOODYARD, PLLC<br>5414 Pinnacle Point Drive, Suite 500<br>Rogers, AR 72758<br>Telephone: 479-273-9561<br>Facsimile: 479-273-0527<br>Email: mney@mwsgw.com | Wal-Mart Stores, Inc. |

| | |
|---|---|
| Lead Attorney Representing Actions in Washington<br><br>Jeffrey T. Kestle<br>Gary A. Trabolsi<br>GARDNER BOND TRABOLSI ST LOUIS & CLEMENT<br>2200 6th Avenue, Suite 600<br>Seattle, WA 98121<br>Telephone: 206-256-6309<br>Email: jkestle@gardnerbond.com<br>gtrabolsi@gardnerbond.com | Menu Foods |
| Lead Attorney Representing Actions in Colorado<br><br>Rachel Laine Carnaggio<br>GODFREY & LAPUYADE, P.C.<br>9557 S. Kingston Court<br>Englewood, CO 80112-5952<br>Telephone: 303-228-0700<br>Facsimile: 303-228-0701<br>Email: carnaggio@godlap.com | Menu Foods Holdings, Inc.<br>Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods Midwest Corporation |
| Lead Attorney Representing Actions in Connecticut<br><br>Matthew G. Conway<br>Jennifer Katz<br>CONWAY & STOUGHTON<br>818 Farmington Avenue<br>West Hartford, CT 06119<br>Telephone: 860-523-8000<br>Facsimile: 860-523-8002<br>Email: mconway@conwaystoughton.com<br>jkatz@conwaystoughton.com | Menu Foods Inc. |
| Lead Attorney Representing Actions in Florida<br><br>Robert Dewitt McIntosh<br>ADORNO & YOSS<br>888 SE 3rd Avenue, Suite 500<br>Fort Lauderdale, FL 33335-9002<br>Telephone: 954-523-5885<br>Facsimile: 954-760-9531<br>Email: rdm@adorno.com | Menu Foods Income Fund<br>Menu Foods, Inc. |

| | |
|---|---|
| Lead Attorney Represented Actions in Idaho<br><br>Stephen R. Thomas<br>MOFFATT THOMAS BARRETT ROCK & FIELDS<br>P.O. Box 829<br>Boise, ID 83701<br>Telephone: 208-345-2000<br>Facsimile: 208-385-5384<br>Email: srt@moffatt.com | Menu Foods (Canada) |
| Lead Attorneys Representing Actions in Illinois<br><br>Edward B. Ruff, III<br>Priya K. Jesani<br>Michael Patrick Turiello<br>PRETZEL & STOUFFER, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>Telephone: 312-346-1973<br>Email: eruff@pretzel-stouffer.com<br>pjesani@pretzel-stouffer.com | Menu Foods Acquisition Inc.<br>Menu Foods Holdings, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods Limited Partnership<br>Menu Foods Midwest Corporation<br>Menu Foods Operating Trust<br>Menu Foods, Inc. |
| Lead Attorney Representing Actions in Nevada<br><br>Charles W. Spann<br>PERRY & SPANN<br>6130 Plumas Street<br>Reno, NV 89509<br>Telephone: 775-829-2002<br>Facsimile: 705-829-1808<br>Email: cspann@perryspann.com | Menu Foods, Inc.<br>Menu Foods Income Fund |
| Lead Attorney Representing Actions in Rhode Island<br><br>Thomas C. Angelone<br>HODOSH, SPINELLA & ANGELONE PC<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903<br>Telephone: 401-274-0200<br>Facsimile: 401-274-7538<br>Email: angelonelaw@aol.com | Menu Foods Income Fund<br>Menu Foods Midwest Corporation<br>Menu Foods South Dakota, Inc.<br>Menu Foods, Inc. |
| Lead Attorney Representing Actions in Maine<br><br>Paul C. Catsos<br>THOMPSON & BOWIE<br>3 Canal Plaza<br>P.O. Box 4630<br>Portland, ME 04112<br>Telephone: 774-2500<br>Email: pcatsos@thompsonbowie.com | Menu Foods Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods Midwest Corporation |

| | |
|---|---|
| Lead Attorney Representing Actions in Tennessee<br><br>Jeffrey R. Thompson<br>O'NEIL, PARKER & WILLIAMSON<br>P.O. Box 217<br>Knoxville, TN 37901-0217<br>Telephone: 865-546-7190<br>Facsimile: 865-546-0789<br>Email: jthompson@opw.com | Menu Foods Inc.<br>Menu Foods Income Fund |
| Lead Attorneys Representing Actions in California<br><br>Susan Moriarty Hack<br>HIGGS FLETCHER AND MACK<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>Telephone: 619-236-1551<br>Facsimile: 619-696-1410<br>Email: hack@higgslaw.com | Menu Foods Holding Inc.<br>Menu Foods, Inc. |
| Don Howarth<br>Suzelle M. Smith<br>HOWARTH & SMITH<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>Telephone: 213-955-9400<br>Email: dhowarth@howarth-smith.com<br>ssmith@howarth-smith.com | The Iams Company<br>The Proctor & Gamble Company |
| Mordecai D. Boone<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-5900<br>Facsimile: 415-986-8054<br>Email: mboone@gordonrees.com | Menu Foods Income Fund<br>Menu Foods Midwest Corporation<br>Menu Foods South Dakota Inc.<br>Menu Foods, Inc. |
| Jean M. Lawler<br>Gina E. Och<br>MURCHISON AND CUMMING<br>Chase Plaza<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4613<br>Telephone: 213-623-7400<br>Facsimile: 213-623-6336<br>Email: goch@murchison-cumming.com | Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods Midwest Corp.<br>Menu Foods Operating Limited Partnership<br>Menu Foods, Inc.<br>Petco Animal Supplies Inc.<br>The Iams Company |

| | |
|---|---|
| Gary L. Justice<br>William E. Wegner<br>GIBSON DUNN AND CRUTCHER<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: 213-229-7000<br>Email: wwegner@gibsondunn.com | Nutro Products |
| Robert Troyer<br>HOGAN & HARTSON LLP<br>One Tabor Center<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202<br>Telephone: 303-899-7300<br>Facsimile: 303-899-7333 | Nestle |
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Menu Foods Operating Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>425 W. Capitol Avenue, Suite 1700<br>Little Rock, AR 72201 |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Xuzhou Anying Biologic Technology<br>Development Co. Ltd.<br>c/o Mr. Mao Lujun<br>Wangdian Industrial Pei County Jiangsu<br>Xuzhou, Jiangsu, P. R. China |
| Suzhou Textile Import and Export Company<br>201 Zhuhui Road<br>Suzhou, Jiangsu, China 215006 | Nestle USA, Inc.<br>Nestle Holdings, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Nestle Purina Petcare Co.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 | Nestle, S.A.<br>c/o Nestle USA, Inc.<br>800 North Brand Blvd.<br>Glendale, CA 91203 |
| Chemnutra, Inc.<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | |

| | |
|---|---|
| David L. Lillehaug<br>FREDRIKSON & BYRON, P.A.<br>200 S. Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | Counsel For The Menu Food Entities |
| Barbara L. Croutch<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Counsel For Petco |
| Charles H. Abbott III<br>GIBSON DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-3197 | Counsel For Nutro Products, Inc. |
| Gerard H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: 609-924-0808<br>Email: ghh@hillwallack.com | Chemnutra, Inc. |
| Counsel for Plaintiffs | |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: 479-527-3921<br>Facsimile: 479-587-9196<br>Email: jhatfield@luncydavis.com | Sims v. Menu Foods<br>5:07-cv-05053-JLH<br>W.D. Arkansas |

| | |
|---|---|
| Richard A. Adams<br>PATTON, ROBERTS, McWILLIAMS & CAPSHAW<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: 903-334-7107<br>Facsimile: 903-334-7007<br>Email: radams@pattonroberts.com<br><br>Jeremy Y. Hutchinson<br>Jack T. Patterson, II<br>PATTON, ROBERTS, McWILLIAMS & CAPSHAW<br>111 Center Street, Suite 1315<br>Little Rock, AR 72201<br>Telephone: 501-372-3480<br>Facsimile: 501-372-3488<br>Email: jhutchinson@pattonroberts.com<br><br>Timothy Chad Hutchinson<br>WILLIAMS & HUTCHINSON, LLP<br>5417 Pinnacle Point Drive, Suite 500<br>Rogers, AR 72758<br>Telephone: 479-464-4944<br>Facsimile: 479-464-4946<br>Email: thutchinson@whs-lawfirm.com<br><br>Sean F. Rommel<br>PATTON, ROBERTS, McWILLIAMS, GREER & CAPSHAW, LLP<br>P.O. Box 6128<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: 903-334-7107<br>Facsimile: 903-334-7007<br>Email: srommel@pattonroberts.com<br><br>James C. Wyly<br>PATTON, ROBERTS, McWILLIAMS & CAPSHAW, LLP<br>P.O. Box 6128<br>Texarkana, TX 75505<br>Telephone: 903-334-7000<br>Facsimile: 903-334-7007<br>Email: jwyly@pattonroberts.com | Widen v. Menu Foods<br>5:07-cv-05055-RTD<br>W.D. Arkansas |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: 479-527-3921<br>Facsimile: 479-587-9196<br>Email: jhatfield@luncydavis.com | Cooper v. Menu Foods<br>4:07-cv-04036-HFB<br>W.D. Arkansas |

| | |
|---|---|
| William Gene Horton<br>NOLAN, CADDELL & REYNOLDS, PA<br>P.O. Box 184<br>Fort Smith, AR 72902<br>Telephone: 479-782-5297<br>Facsimile: 479-782-5194<br>Email: bhorton@justicetoday.com | Gray v. Menu Foods<br>5:07-cv-05065-RTD<br>W.D. Arkansas |
| Eric Benink<br>KRAUSE KALFAYAN BENINK AND SLAVENS<br>625 Broadway, Suite 635<br>San Diego, CA 92101<br>Telephone: 619-232-0331<br>Facsimile: 619-232-4019 | Payne v. Menu Foods<br>3:07-cv-00705-JAH-CAB |
| Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Telephone: 916-568-1100<br>Email: mjt@wtwlaw.us<br><br>Stuart Talley<br>KERSHAW CUTTER RATINOFF & YORK<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814<br>Telephone: 916-448-9800<br>Facsimile: 916-669-4499 | Sexton v. Menu Foods<br>07-cv-01958-GHK-AJW<br>C.D. California |
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: 213-617-1200<br>Facsimile: 213-617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | Howe v. Menu Foods<br>2:07-cv-02060-SJO-PLA<br>C.D. California |
| Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: 213-617-1200<br>Facsimile: 213-617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | Townsend v. Menu Foods<br>5:07-cv-00398-GHK-AJW<br>C.D. California |

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: 213-617-1200<br>Facsimile: 213-617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | Chamberlain v. Nestle SA<br>2:07-cv-02476-FMC-SS<br>C.D. California |
| James L. Davidson<br>Paul L. Geller<br>Stuart Andrew Davidson<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: jdavidson@lerachlaw.com<br>sdavidson@lerachlaw.com<br>pgeller@lerachlaw.com<br>shawnw@lerachlaw.com<br><br>Shawn A. Williams<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | Ingles v. Menu Foods<br>3:07-cv-01809-MMC<br>N.D. California |
| Robert M. Churella<br>Robert K. Friedl<br>Michael L. Kelly<br>KIRTLAND & PACKARD<br>2361 Rosecrans Avenue, 4th Floor<br>El Segundo, CA 90245<br>Telephone: 310-536-1000<br>Email: rmc@kirtland-packard.com<br>rkf@kirtlandpackard.com<br>michaelkelly@earthlink.net | Paul Randolph Johnson v. Menu Foods<br>2:07-cv-01987-GHK-AJW<br>C.D. California |

| | |
|---|---|
| Andrew H. Friedman<br>Gregory D. Helmer<br>HELMER AND SMITH<br>723 Ocean Front Walk<br>Venice, CA 90292<br>Telephone: 310-396-7714<br><br>Paul L. Hoffman<br>Michael S. Morrison<br>Michael D. Seplow<br>SCHONBRUN DeSIMONE SEPLOW HARRIS AND HOFFMAN<br>723 Ocean Front Walk, Suite 100<br>Venice, CA 90291-3270<br>Telephone: 310-396-0731<br>Facsimile: 310-399-3366<br>Email: hoffpaul@aol.com | Grady v. Menu Foods<br>2:07-cv-02253-DDP-PLA<br>C.D. California |
| Thomas M. Ferlauto<br>William T. King<br>KING & FERLAUTO<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: 310-552-3366<br>Email: ferlauto@pacbell.net | Finestone v. Menu Foods<br>2:07-cv-02338-CAS-CW<br>C.D. California |
| Bruce E. Newman<br>Kevin Edward Creed<br>NEWMAN, CREED & ASSOCIATES<br>P.O. Box 575<br>Bristol, CT 06011-0575<br>Telephone: 860-583-5200<br>Facsimile: 860-582-0012<br>Email: bnewman@newmancreedlaw.com<br>kcreed@newmancreedlaw.com | Osborne v. Menu Foods<br>07-cv-00469-RNC<br>D. Connecticut |
| Debra Lynn Waldhauer - *pro per*<br>Satoru Waldhauer<br>159 N. Audrey Circle NW<br>Fort Walton Beach, FL 32548<br>Telephone: 850-243-8974 | Waldhauer v. Menu Foods<br>3:07-cv-00131-MCR-EMT<br>N.D. Florida |

| | |
|---|---|
| James Lee Davidson<br>Paul Jeffrey Geller<br>Stuart Andrew Davidson<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: jdavidson@lerachlaw.com<br>sdavidson@lerachlaw.com<br>pgeller@lerachlaw.com<br><br>Lawrence M. Kopelman<br>KOPELMAN & BLANKMAN<br>350 E. Las Olas Blvd., Suite 980<br>Fort Lauderdale, FL 33301<br>Telephone: 954-462-6855<br>Facsimile: 954-462-6899 | Troiano v. Menu Foods<br>0:07-cv-60428-JIC<br>S.D. Florida |
| Scott Wm. Weinstein<br>MORGAN & MORGAN, PA<br>12800 University Drive, Suite 600<br>P.O. Box 9504<br>Ft. Myers, FL 33906<br>Telephone: 239-433-6880<br>Facsimile: 239-433-6836<br>Email: sweinstein@forthepeople.com<br><br>Gary E. Mason<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street NW, Suite 500<br>Wasghington, DC 20036<br>Telephone: 202-429-2290<br>Facsimile: 202-429-2294<br>Email: gmason@masonlawdc.com | Ferrarese v. Menu Foods<br>2:07-cv-00235-JES-DNF<br>M.D. Florida |
| Scott Rhead Shepherd<br>SHEPHERD FINKELMAN MILLER & SHAH<br>4400 N. Federal Highway<br>Lighthouse Point, FL 33064-1717<br>Telephone: 954-943-9191<br>Facsimile: 954-943-9173<br>Email: sshepherd@classactioncounsel.com | Donnelly v. Menu Foods<br>1:07-cv-20955-JAL<br>S.D. Florida |

| | |
|---|---|
| Bruce S. Bistline<br>Philip Howard Gordon<br>GORDON LAW OFFICES<br>623 W. Hays<br>Boise, ID 83702-5512<br>Telephone: 208-345-7100<br>Facsimile: 208-345-0050<br>Email: bbistline@gordonlawoffices.com<br>pgordon@gordonlawoffices.com<br><br>Mick Hodges<br>PETERSON HODGES & HARPER<br>P.O. Box 3088<br>Twin Falls, ID 83303-5298<br>Telephone: 208-733-5500<br>Email: mick76hodges@aol.com | Klimes v. Menu Foods<br>1:07-cv-00160-MHW<br>D. Idaho |
| John Blim<br>Jay Edelson<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, IL 60604<br>Telephone: 312-913-9400<br>Facsimile: 312-913-9401<br>Email: john@blimlaw.com<br>jay@blimlaw.com<br><br>Gino L. DiVito<br>TABET DiVITO & ROTHSTEIN LLC<br>209 S. La Salle Street, 7th Floor<br>Chicago, IL 60604<br>Telephone: 312-762-9460<br>Email: gdivito@tdrlawfirm.com | Majerczyk v. Menu Foods<br>1:07-cv-01543<br>N.D. Illinois |
| Brian R. Cunha<br>BRIAN CUNHA & ASSOCIATES<br>311 Pine Street<br>Fall River, MA 02720<br>Telephone: 508-675-9500<br>Facsimile: 508-679-6565<br>Email: Brian@briancunha.com | Rodrigues v. Menu Foods<br>1:07-cv-10745-EFH<br>D. Massachusetts |

| | |
|---|---|
| Leonard M. Gulino<br>Daniel J. Mitchell<br>Theodore A. Small<br>Michael R. Bossee<br>BERNSTEIN, SHUR<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>Email: lgulino@bssn.com<br>mbossee@bernsteinshur.com<br>dmitchell@bernsteinshur.com<br>tsmall@bernsteinshur.com | Brazilian v. Menu Foods Income Fund<br>2:07-cv-00054-GZS<br>D. Maine |
| Brian O. O'Mara<br>O'MARA LAW FIRM, P.C.<br>311 E. Liberty Street<br>Reno, NV 89501<br>Telephone: 775-323-1321<br>Facsimile: 775-323-4082<br>Email: brian@omaralaw.net | Streczyn v. Menu Foods<br>3:07-cv-00159-LRH-VPC<br>D. Nevada |
| Bruce Daniel Greenberg<br>Allyn Zissel Lite<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: bgreenberg@ldgrlaw.com<br>alite@ldgrlaw.com | Richard & Kohler v. Menu Foods<br>1:07-cv-01457-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com<br><br>Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Workman v. Menu Foods<br>1:07-cv-01338-NLH-AMD<br>D. New Jersey |
| Gregg D. Trautmann<br>TRAUTMANN & ASSOCIATES, LLC<br>262 East Main Street<br>Rockaway, NJ 07866<br>Telephone: 973-316-8100<br>Email: gdt@trautmann.com | Thomson v. Menu Foods<br>1:07-cv-01360-PGS-RJH<br>D. New Jersey |

| | |
|---|---|
| Alan E. Sash<br>McLAUGHLIN & STERN, LLP<br>260 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-448-1100<br>Facsimile: 212-448-0066<br>Email: asash@mclaughlinstern.com<br><br>Arthur N. Abbey<br>Stephen T. Rodd<br>Orin Kurtz<br>ABBEY SPANIER RODD ABRAMS & PARADIS<br>212 East 39th Street<br>New York, NY 10016 | Tinker v. Menu Foods<br>1:07-cv-01468-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br><br>Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE<br>One North La Salle Street, Suite 2000<br>Chicago, IL 60602<br><br>KERSHAW CUTTER & RATINOFF, LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814 | Wilson v. Menu Foods<br>1:07-cv-01456-NLH-AMD<br>D. New Jersey |
| Michael A. Ferrera, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: 856-779-9500<br>Email: mferrera@ferreralawfirm.com<br><br>William A. Audet<br>Michael McShane<br>Kevin L. Thomason<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 | Bonier v. Menu Foods<br>1:07-cv-01477-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | Hidalgo v. Menu Foods<br>1:07-cv-01488-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Nunez v. Menu Foods<br>1:07-cv-1490-NLH<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>Stuart Andrew Geller<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | Gagliardi v. Menu Foods<br>1:07-cv-01522-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Golding v. Menu Foods<br>1:07-cv-01521-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>Stuart Andrew Geller<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | Turturro v. Menu Foods<br>1:07-cv-01523-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com<br><br>Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Robert A. Rovner<br>Jeffrey Zimmerman<br>ROVNER, ALLEN, ZIMMERMAN & NASH<br>175 Bustleton Pike<br>Feasterville, PA 19053-6456 | Schneider v. Menu Foods<br>1:07-cv-01533-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Michael A. Ferrera, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: 856-779-9500<br>Email: mferrera@ferreralawfirm.com | Berndl v. Menu Foods<br>1:07-cv-01553-NLH-AMD<br>D. New Jersey |
| Gary S. Graifman<br>KANTROWITZ, GOLDHAMMER & GRAIFMAN, ESQS.<br>210 Summit Avenue<br>Montvale, NY 07645<br>Telephone: 201-391-7000<br>Email: ggraifman@kgglaw.com<br><br>Robert Kaplan<br>Linda Nussbaum<br>Christine M. Fox<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 | Pittsonberger v. Menu Foods<br>07-cv-01561-NLH-AMD |
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: 973-401-1111<br>Email: wpinilis@kaplanfox.com | Carter v. Menu Foods<br>1:07-cv-01562-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: 973-401-1111<br>Email: wpinilis@kaplanfox.com<br><br>Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>555 Montgomery Street, Suite 1501<br>San Francisco, CA 94111<br><br>Todd M. Schneider<br>SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br><br>Gary E. Mason<br>Donna F. Sollen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, NW Suite 500<br>Washington, DC 20036<br><br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMMER & GRAIFMAN, ESQS.<br>210 Summit Avenue<br>Montvale, NY 07645<br><br>Jeffrey A. Wigodsky<br>KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND<br>1133 Connecticut Ave. NW, Suite 250<br>Washington, DC 20036<br><br>Joseph M. Vanek<br>VANEK, VICKERS & MASINI<br>111 S. Wacker Drive, Suite 4050<br>Chicago, IL 60606 | Bullock v. Menu Foods<br>1:07-cv-01579-NLH-AMD<br>D. New Jersey |
| James C. Shah<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLC<br>475 White Horse Pike<br>Collingswood, NJ 08107-1909<br>Telephone: 856-858-1770<br>Facsimile: 856-858-7012<br>Email: jshah@classactioncounsel.com | Christina Johnson v. Menu Foods<br>1:07-cv-01610-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Scott A. George<br>SEEGER WEISS, LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br>Telephone: 973-639-9100<br>Email: sgeorge@seegerweiss.com | Conner v. Menu Foods<br>1:07-cv-01623-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com | Long v. Menu Foods<br>1:07-01624-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com | Conti v. Menu Foods<br>1:07-cv-01638-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Freeman v. Menu Foods<br>1:07-cv-01646-NLH-AMD<br>D. New Jersey |
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: 973-401-1111<br>Email: wpinilis@kaplanfox.com | Pirches v. Menu Foods<br>1:07-cv-01685-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Diedrich v. Menu Foods<br>1:07-cv-01700-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Sokolwski v. Menu Foods<br>1:07-cv-01709-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | McCullouch v. Menu Foods<br>1:07-cv-01710-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Colquitt v. Menu Foods<br>1:07-cv-01738-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Debarthy v. Menu Foods<br>1:07-cv-01739-NLH-AMD<br>D. New Jersey |
| Seth R. Lesser<br>LAW OFFICES OF GENE LOCKS, PLLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ 08002<br>Telephone: 856-663-8200<br>Email: slesser@lockslawny.com | Byers v. Menu Foods<br>1:07-cv-01747-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com | Carestio v. Menu Foods<br>1:07-cv-07162-NLH-AMD |

| | |
|---|---|
| John T. Murray<br>Dennis E. Murray, Sr.<br>Leslie O. Murray<br>MURRAY & MURRAY CO., LPA<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870<br>Telephone: 419-624-3000<br>Facsimile: 419-624-0707<br>Email: jotm@murrayandmurray.com<br>dms@murrayandmurray.com<br>lom@murrayandmurray.com<br><br>Jeremy Gilman<br>Nicole Dorsky<br>BENESCH, FRIEDLANDER, COPLAN, ARONOFF<br>2300 BP Tower<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Telephone: 216-363-4593<br>Facsimile: 216-363-4588<br>Email: jgilman@bfca.com<br>ndorsky@bfca.com | Boehm v. Menu Foods<br>1:07-cv-01018-PCE<br>D. Ohio |
| Peter N. Wasylyk<br>PETER N. WASYLYK - ATTORNEY AT LAW<br>1307 Chalkstone Avenue<br>Providence, RI 02908<br>Telephone: 831-7730<br>Facsimile: 861-6064<br>Email: pnwlaw@aol.com | Brown v. Menu Foods<br>1:07-cv-00115-ML-LDA<br>D. Rhode Island |
| Garrett D. Blanchfield, Jr.<br>Mark Reinhardt<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101<br>Telephone: 651-287-2100<br>Email: g.blanchfield@rwblawfirm.com<br>mreinhardt@comcast.net | Rozman v. Menu Foods Midwest Corp.<br>0:07-cv-01808-ADM-AJB<br>Minnesota |
| Andrew S. Kierstead<br>LAW OFFICE OF ANDREW S. KIERSTEAD<br>1001 SW Fifth Avenue, Suite 1100<br>Portland, OR 97204<br><br>Marc Stanley<br>STANLEY MANDEL & IOLA, LLP<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX 75205 | |

| | |
|---|---|
| A. James Andrews<br>A. JAMES ANDREWS, ATTORNEY AT LAW<br>905 Locust Street<br>Knoxville, TN 37902<br>Telephone: 865-660-3993<br>Facsimile: 865-523-4623<br>Email: andrewsesq@jcx.net<br><br>Nicole Bass<br>905 Locust Street<br>Knoxville, TN 37902<br><br>Perry A. Craft<br>CRAFT & SHEPPARD<br>214 Centerview Drive, Suite 233<br>Brentwood, TN 37027<br>Telephone: 615-309-1707<br>Facsimile: 615-309-1717<br>Email: perrycraft@craftsheppardlaw.com | Holt v. Menu Foods<br>3:07-cv-00094<br>E.D. Tennessee |
| Dan C. Stanley<br>Robert R. Kurtz<br>STANLEY & KURTZ, PLLC<br>422 S. Gay Street, 3rd Floor<br>Knoxville, TN 37902<br>Telephone: 865-522-9942<br>Facsimile: 865-522-9945<br>Email: rkurtz@lock-net.com<br>dan@danchanningstanley.com | Light v. Menu Foods<br>3:07-cv-00098<br>E.D. Tennessee |
| Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com<br><br>Adam Karp<br>ANIMAL LAW OFFICES<br>114 W. Magnolia Street, Suite 425<br>Bellingham, WA 98225-4354<br>Telephone: 360-738-7273<br>Facsimile: 360-392-3936<br>Email: adam@animal-lawyer.com | Whaley v. Menu Foods<br>2:07-cv-00411-RSM<br>W.D. Washington |

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com<br><br>Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com | Heller v. Menu Foods<br>2:07-cv-00453-JCC<br>W.D. Washington |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com<br><br>Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com | Kornelius v. Menu Foods<br>2:07-cv-00454-MJP<br>W.D. Washington |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com | Johnson v. Menu Foods<br>2:07-cv-00455-JCC<br>W.D. Washington |
| Adam Karp<br>ANIMAL LAW OFFICES<br>114 W. Magnolia Street, Suite 425<br>Bellingham, WA 98225-4354<br>Telephone: 360-738-7273<br>Facsimile: 360-392-3936<br>Email: adam@animal-lawyer.com | Suggett v. Menu Foods<br>2:07-cv-00457-RSM<br>W.D. Washington |
| Jennifer Reba Thomaidis<br>THOMAIDIS LAW, LLC<br>1866 Vine Street<br>Denver, CO 80206<br>Telephone: 303-322-4355<br>Facsimile: 303-322-4354<br>Email: Jennifer@thomaidislaw.com | Tompkins v. Menu Foods<br>1:07-cv-00736-JLK<br>D. Colorado |

| COURTS | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Western District of Arkansas<br>35 E. Mountain Street, Suite 510<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>U.S. District Court, Central District of California<br>312 N. Spring Street, Rm. G-8<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>U.S. District Court, Northern District of California<br>Phillip Burton United States Courthouse<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3434 | Clerk of the Court<br>U.S. District Court, Southern District of California<br>4290 Edward J. Scwartz<br>United States Courthouse<br>940 Front Street<br>San Diego, CA 92101 |
| Clerk of the Court<br>U.S. District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, 2nd Floor<br>Denver, CO 80294 | Clerk of the Court<br>U.S. District Court, District of Connecticut<br>450 Main<br>Hartford, CT 06103 |
| Clerk of the Court<br>U.S. District Court, Middle District of Florida<br>George C. Young United States Courthouse<br>80 North Hughey Avenue, Suite 300<br>Orlando, FL 32801 | Clerk of the Court<br>U.S. District Court, Northern District of Florida<br>United States Courthouse Annex<br>111 North Adams Street, 3rd Floor<br>Tallahassee, FL 32301 |
| Clerk of the Court<br>U.S. District Court, Southern District of Florida<br>299 E. Broward Blvd., Suite 108<br>Fort Lauderdale, FL 33301 | Clerk of the Court<br>U.S. District Court, District Court of Idaho<br>400 James A. McClure Federal Bldg and<br>United States Courthouse<br>550 West Fort Street<br>Boise, ID 83724-0101 |
| Clerk of the Court<br>U.S. District Court, Northern District of Illinois<br>209 S. Dearborn Street<br>Chicago, IL 60604 | Clerk of the Court<br>U.S. District Court, District Court of Maine<br>Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME 04101-4152 |

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA 02210-3002 | Clerk of the Court<br>U.S. District Court, District Court of Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 |
| Clerk of the Court<br>U.S. District Court, District Court of Nevada<br>Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, 1st Floor<br>Las Vegas, NV 89101-7065 | Clerk of the Court<br>U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| Clerk of the Court<br>U.S. District Court, District of Rhode Island<br>Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk of the Court<br>U.S. District Court, Eastern District of Tennessee<br>Howard H. Baker Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, TN 37902-7902 |
| Clerk of the Court<br>U.S. District Court, Western District of Washington<br>700 Stewart Street<br>Seattle, WA 98101 | Clerk of the Court |
| Clerk of the Court | Clerk of the Court |
| Clerk of the Court` | Clerk of the Court |